# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1357
Lower Tribunal No. 2025-CA-003177-O

_____

FREDERICK PETE COX,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Michael Deen, Judge.

January 20, 2026

PER CURIAM.

AFFIRMED.

SMITH, MIZE and PRATT, JJ., concur.


Frederick Pete Cox, Live Oak, pro se.

James Uthmeier, Attorney General, Tallahassee, and Richard A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED